STATE v. M. N. MOSELEY, CAPITAL AMUSEMENT COMPANY AND H. E. LAING.

(Filed 20 November, 1940.)

APPEAL by defendant H. E. Laing from *Parker, J.,* at September Criminal Term, 1940, of WAKE.   Affirmed.

*Attorney-General McMullan and Assistant Attorneys-General Bruton and Patton for the State.*
*Aaron Goldberg and W. Brantley Womble for defendant.*

16—218

CLARKSON, J. This case is governed by the opinion of *S. v. Abbott,* *ante,* 470.

For the reasons given in that opinion, the judgment of the court below in this case is

Affirmed.